# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **GLENDA M. HICKS,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**MICHAEL J. ASTRUE,** )<br>**Commissioner of Social Security,** )<br>)<br>**Defendant.** ) | Case No. 09-0307-CV-W-GAF-SSA |

## ORDER GRANTING DEFENDANT'S MOTION TO REVERSE AND REMAND

Now pending before the Court is Defendant's Motion to Reverse and Remand this action to Defendant pursuant to sentence four of section 205(G), 42 U.S.C. § 405(g). For good cause shown, it is

ORDERED that the above referenced case is reversed and remanded to the Commissioner pursuant to sentence four of section 205(g), 42 U.S.C. §405(g).

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: September 25, 2009