IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| GLENDA M. HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-0307-CV-W-GAF-SSA |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION FOR ATTORNEY FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT

Now pending before the Court is Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act. For good cause shown, it is

ORDERED that Plaintiff is awarded attorney fees in the amount of $3,153.51, to be paid to Plaintiff's attorney, Roger M. Driskill, and charged against the Defendant in this action.

IT IS FURTHER ORDERED that Plaintiff is to be reimbursed $350.00 for the filing fee herein from the Judgment Fund administered by the United States Treasury, to be paid to Plaintiff's attorney, Roger M. Driskill.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: October 19, 2009